United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Angel Rodriguez Fuentes, and all others similarly situated, Plaintiffs <br> v. <br> Security Forever LLS, Luis Llanes, Juan Awais, Daysi Morell, Defendants. | ) ) ) ) ) Civil Action No. 16-20483-Civ-Scola ) ) ) |

### Order Staying Case

Defense counsel, attorney Kenia Bravo, requests that "all motions . . . be put on hold" due to pregnancy complications that have deteriorated beyond the other complications that were the subject of a number of prior motions filed by counsel. (ECF No. 147.) According to a note from counsel's doctor, counsel cannot work, at all, effective immediately, "until after her post-partum period." (*Id.* at 1.)

This case is therefore **stayed** in its entirety, with one exception, until after Bravo's post-partum period. Bravo, or Bravo's partner, attorney Avelino J. Gonzalez, must file a notice with the Court regarding Bravo's status on or before October 21, 2016. The Court expects that by this date Bravo will be capable of handling the "office paperwork and/or motions" that she previously advised the Court she would take care of during her leave. (Defs.' Mot., ECF No. 130, 11.) If that is not the case, counsel's notice must include a letter from Bravo's doctor advising the Court when the doctor expects Bravo will be capable of handling such matters. Should counsel's inability to work at all extend significantly beyond six weeks, the Court may explore alternatives to keeping the case stayed.

With respect to the aforementioned exception to this stay, if Plaintiffs' counsel wishes to refile their motion to withdraw (with respect to Plaintiff Noel Rodriguez Pena Baez), which was denied without prejudice (Order, ECF No. 143), they may do so despite the stay. Attorney Bravo is not required to respond to this motion but her partner, attorney Gonzalez must confer with Plaintiffs' counsel regarding the requested relief and respond himself, if opposed, to the motion.

Additionally, the Court is not unmindful that such a stay necessarily impacts the Plaintiffs. Thus, to the extent that defense counsel expresses the need for a stay beyond six weeks and the Plaintiffs have good cause to object, they may file a response to any such notice. Such response shall be filed within seven days of the filing of the notice.

In the meantime, the Clerk is **directed** to **administratively close** this case. All pending motions are **denied without prejudice** and may be refiled once the case is reopened.

**Done and ordered** at Miami, Florida on September 8, 2016.

_____
Robert N. Scola, Jr.
United States District Judge