UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20483-CIV-SCOLA/MCALILEY

ANGEL RODRIGUEZ FUENTES, *et al.*,

      Plaintiffs,

vs.

SECURITY FOREVER, LLC, *et al.*

      Defendants.

_____/

**ORDER STRIKING PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF
LAW IN OPPOSITION TO MOTION TO COMPEL ARBITRATION**

      Defendants filed a Motion to Compel Arbitration and Dismiss or Stay Case, which the Honorable Robert N. Scola, Jr. referred to me. [DE 197, 206, 211]. Plaintiffs filed a Response in Opposition to the Motion, and Defendants filed a Reply. [DE 200, 203]. Plaintiffs have now filed a Supplemental Memorandum in Opposition to the Motion, without permission or invitation from the Court. [DE 223].

      Local Rule 7.1(c) provides that other than an opposition memorandum and reply, "[n]o further or additional memoranda of law shall be filed without prior leave of Court." S.D.L.R. 7.1(c). Plaintiffs did not seek permission before filing their Supplemental Memorandum, in contravention of the Local Rule. The Court has reviewed the Supplemental Memorandum and sees no basis to grant leave had Plaintiffs requested it. The issues raised in the Supplemental Memorandum are already discussed in Plaintiffs'

Response, albeit in less detail. The additional facts set forth in the Supplemental Memorandum are not new and the information provided is already apparent to the Court.

For the foregoing reasons, it is hereby **ORDERED** that Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Motion to Compel Arbitration [DE 223], is **STRICKEN**.

DONE and ORDERED in chambers at Miami, Florida this 23rd day of February, 2017.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:

The Honorable Robert N. Scola, Jr.
Counsel of record